IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUSTEES AND FIDUCIARIES OF THE IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY) BENEFIT AND PENSION PLANS et al., | : : : : : | CIVIL ACTION NO. 07-1932 |
| Plaintiffs, | : : | |
| v. | : : | |
| UNIVERSAL FABRICATORS, INC., | : : | |
| Defendant. | : | |

### JUDGMENT

**AND NOW**, this **7th** day of **February, 2008,** upon consideration of this Court's Order of February 7, 2008, it is **ORDERED** that Judgment in the amount of $4,921.63 be and the same is hereby entered on the claim and the counterclaim in favor of Plaintiffs Trustees and Fiduciaries of the Iron Workers District Council (Philadelphia and Vicinity) Benefit and Pension Plans, Iron Workers District Council (Philadelphia and Vicinity) Pension Plan, and Iron Workers District Council (Philadelphia and Vicinity Benefit Plan, and against Defendant Universal Fabricators, Inc.

The Clerk of the Court shall mark this case as **CLOSED.**

**AND IT IS SO ORDERED.**

                                S/Eduardo C. Robreno
                        **EDUARDO C. ROBRENO, J.**